UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



KAREN DARNELL,

    Plaintiff,

v.                                              Civil No. 04-1189

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

ORDER ALLOWING ADDITIONAL TIME TO FILE AN ANSWER

---

The defendant's motion for additional time to file an answer is granted. The Commissioner shall file an answer by July 12, 2005.

                                                                                   Judge, United States District Court

                                                                                  Date: 7 July 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 07-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:04-CV-01189 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Joe H. Byrd
BYRD DONAHOE & BYRD
P.O. Box 2764
Jackson, TN 38301--276

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT